# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### (CLEVELAND DIVISION)

IN RE:                      X

**JOSEPH MICHAEL BANDAGSKI**     X     Case No. **10-16022-RB**

DEBTOR                  X     Chapter 7

xxx-xx-7608

## MOTION TO REOPEN CHAPTER 7 PROCEEDING AND WAIVER OF MOTION TO REOPEN FILING FEE

    Now Comes Debtor, Nicolas Joseph Michael Bandagski by and through his attorney and file this his Motion to Reopen his Chapter 7 proceeding which was dismissed by this Court for the failure to pay his filing fee installment timely and for Waiver of the Motion Reopen fee.

    1.     Debtor respectfully submits that he failed to make his installment fee because of hardship given his financial problems. This omission was not intentional. Debtor requests that his case be reopened and allow him to proceed forward with the Chapter 7.

    2.     Debtor requests the Court's fee associated with this motion be waived as the failure to make their payment was not intentional but due to financial hardship.

Respectfully submitted,

By: /s/ Pamela Irene Theodotou
State Bar No. 0042617
Theodotou & Associates
2108 Palouse Drive
London, OH 43140
888-882-5610

## Certificate of Service

On this the 9th day of December, 2010 a copy of this notice was served on each of the persons listed on the attached service by electronic service.

/s/ Pamela Irene Theodotou
Pamela Irene Theodotou

Trustee
Marvin Sicherman

U.S. Trustee