Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235
**Case No. 10−16022−rb**

**In re:**
Joseph Micheal Bandagski
3218 Lincoln St
Lorain, OH 44052

**Social Security No.:**
xxx−xx−7608

# NOTICE OF HEARING

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
TUESDAY, JANUARY 4, 2011 @ 9:00 A.M.
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave., Cleveland, Ohio 44114

To consider and act upon the following matters:

PLEASE TAKE NOTICE THAT THE MOTION FILED BY THE DEBTOR TO REOPEN CHP. 7 PROCEEDING AND WAIVER OF MOTION TO REOPEN FILING FEE HAS BEEN SCHEDULED FOR TUESDAY, JANUARY 4, 2011 @ 9:00 A.M. IN COURTROOM 2B. ALL INTERESTED PARTIES MUST BE PRESENT.

**Dated:** December 10, 2010　　　　　　　　　　　　　　　　　　　　　　　　For the Court
Form ohnb187　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kenneth J. Hirz, Clerk