Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 10−16022−rb**

**In re:**
   Joseph Micheal Bandagski
   3218 Lincoln St
   Lorain, OH 44052

**Social Security No.:**
   xxx−xx−7608

# NOTICE OF HEARING

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
TUESDAY, JANUARY 4, 2011 @ 9:00 A.M.
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave., Cleveland, Ohio 44114

To consider and act upon the following matters:

   PLEASE TAKE NOTICE THAT THE MOTION FILED BY THE DEBTOR TO REOPEN CHP. 7 PROCEEDING AND WAIVER OF MOTION TO REOPEN FILING FEE HAS BEEN SCHEDULED FOR TUESDAY, JANUARY 4, 2011 @ 9:00 A.M. IN COURTROOM 2B. ALL INTERESTED PARTIES MUST BE PRESENT.

**Dated:** December 10, 2010     For the Court
Form ohnb187     Kenneth J. Hirz, Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0647-1           User: prini              Page 1 of 1              Date Rcvd: Dec 10, 2010
Case: 10-16022                 Form ID: 187             Total Noticed: 24
```

The following entities were noticed by first class mail on Dec 12, 2010.
```
db          +Joseph Micheal Bandagski,   3218 Lincoln St,   Lorain, OH 44052-2717
19700006   ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court: AMERICAN HONDA,   PO BOX 65507,   WILMINGTON, DE  19808)
19700008    +CAPITAL ONE,   PO BOX 30281,   SALT LAKE CITY, UT 84130-0281
19700009    +CRDIT FIRST,   6275 EASTLAND RD,   BROOK PARK, OH 44142-1399
19700010    +EQUABLE ASCENT,   1120 W LAKE COOK RD STE A,   BUFFALO GROVE, IL 60089-1970
19700011    +FIRST FEDERAL CREDIT,   24700 CHAGRIN BLVD STE 205,   CLEVELAND, OH 44122-5662
19700012    +FORD MOTOR CREDIT,   PO BOX 542000,   OMAHA, NE 68154-8000
19700013    +FROST ARNETT COLLECTION,   PO BOX 198988,   NASHVILLE, TN 37219-8988
19700014    +HSBC,   PO BOX 5253,   CAROL STREAM, IL 60197-5253
19700007   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: BEST BUY,   PO BOX 15524,   WILMINGTON, DE  19850)
19700017    +LORAIN COUNTY,   PO BOX 749,   ELYRIA, OH 44036-0749
19700018    +LORAIN MUNICIPAL,   100 W ERIE AVE,   LORAIN, OH 44052-1646
19700019    +MACYS,   PO BOX 8218,   MASON, OH 45040-8218
19700020    +MIDLAND CREDIT,   8875 AERO DR,   SAN DIEGO, CA 92123-2251
19700021     NCO FINANCIAL,   PO BOX 13570,   PHILIDELPHIA, PA  19101
19700024    +PARSON BISHOP,   7870 CARMARGO RD,   CINCINATTI, OH 45243-2695
19700026    +UNITED COLLECT BUR,   PO BOX 140190,   TOLEDO, OH 43614-0190
```
The following entities were noticed by electronic transmission on Dec 10, 2010.
```
19700005    +E-mail/Text: roy.buchholz@allianceoneinc.com                         ALLIANCEONE,
             1684 WOODLANDS DR STE 150,   MAUMEE, OH 43537-4026
19720565    +E-mail/Text: bnc@atlasacq.com                                        Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
19700015    +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2010 23:31:32    JCPENNY,   PO BOX 981131,
             EL PASO, TX 79998-1131
19700016    +E-mail/PDF: cr-bankruptcy@kohls.com Dec 10 2010 23:26:01     KOHLS,   PO BOX 3115,
             MILWAUKEE, WI 53201-3115
19700022    +E-mail/Text: ebnsterling@weltman.com                                 OSTERMAN JEWLERS,   375 GHENT RD,
             AKRON, OH 44333-4601
19700023    +E-mail/Text: BKProcessing@ssiincusa.com                              OXFORD COLLECTION,
             135 MAXESS RD STE 2A,   MELVILLE, NY 11747-3801
19700027    +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2010 23:31:32    WALMART,   PO BOX 981400,
             EL PASO, TX 79998-1400
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
19700025   ##+SECURITY CREDIT SERVICE,   2623 W OXFORD LOOP,   OXFORD, MS 38655-5442
                                                                                     TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2010                    Signature:  _Joseph Speetjens_